## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Victoria Silva
                         Plaintiff,

v.                                             Case No.: 1:12–cv–08828
                                                          Honorable Joan H. Lefkow

City of Waukegan, et al.
                         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2013:

       MINUTE entry before Honorable Joan H. Lefkow:Scheduling conference held on 2/12/2013. Rule 26(a) disclosures due by 3/5/2013. All discovery will close on 7/1/2013. Plaintiff is to file an amended complaint by 2/19/2013. Defendant's motion to dismiss [10] is moot. Status hearing set for 3/26/2013 at 08:30 AM.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.